

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00593-CR

Michael Isaac **VILLARREAL**,
Appellant

v.

The **STATE** of Texas,


From the County Court at Law No. 15, Bexar County, Texas
Trial Court No. 419099
Honorable Robert Behrens, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED October 5, 2016.

_____
Luz Elena D. Chapa, Justice